UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| VERTEX FAB & DESIGN, LLC, | : CHAPTER 7 |
|  | : CASE NO. 15-11803-JNF |
| Debtor. | : |
|  | : |
| DONALD R. LASSMAN, CHAPTER 7 TRUSTEE VERTEX FAB & DESIGN, LLC, | : ADVERSARY PROCEEDING |
|  | : CASE NO. 16-01141 |
| Plaintiff, | : |
| v. | : |
| VERTEX RAILCAR CORPORATION, VERTEX RAIL TECHNOLOGIES, LLC., & DONALD G. CROTEAU | : |
| Defendants. | : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

In accordance with Fed. R. Bankr. P. 9010, please enter the appearance of Anthony R. Leone on behalf of **Donald R. Lassman, Chapter 7 Trustee Vertex Fab & Design, LLC** herein.  The undersigned hereby requests that he be placed on the service list and, pursuant to Fed. R. Bankr. P. 2002, demands that all notices, papers, orders, pleadings, motions and all other documents and papers filed in connection with this case be served upon the undersigned at the office address set forth below.

7239250v1

/s/ Anthony R. Leone
Anthony R. Leone, Esq. BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4117 Telephone
(617) 482-3868 Facsimile
aleone@murthalaw.com

Dated: August 5, 2016

7239250v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | : | |
| VERTEX FAB & DESIGN, LLC, | : | CHAPTER 7 |
|  | : | CASE NO. 15-11803-JNF |
| Debtor. | : | |
|  | : | |
| DONALD R. LASSMAN, CHAPTER 7 TRUSTEE VERTEX FAB & DESIGN, LLC, | : | ADVERSARY PROCEEDING CASE NO. 16-01141 |
| Plaintiff, | : | |
| v. | : | |
| VERTEX RAILCAR CORPORATION, VERTEX RAIL TECHNOLOGIES, LLC., & DONALD G. CROTEAU | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Anthony R. Leone, hereby certify that on the 5th day of August, 2016, a copy of the

*Notice of Appearance and Request For Service of Papers*, was served through the Court's

electronic filing system on all parties registered to receive electronic notice.

/s/ Anthony R. Leone
Anthony R. Leone, Esq. BBO #681760
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4117 Telephone
(617) 482-3868 Facsimile
aleone@murthalaw.com

7239250v1