Chapter 7
Adversary Proceeding: 16-01141
Judge Joan N. Feeney

## CERTIFICATE OF SERVICE

I, __Jennifer Babula__ (name), certify that service of this summons and a copy of the complaint was made : __August 12, 2016__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   See attached list.

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__August 12, 2016__                 _/s/ Jennifer Babula_
Date                              Signature

---

__Jennifer Babula__
Print Name
__Murtha Cullina LLP__
Business Address
__99 High Street, 20th Floor__
City         State     Zip
__Boston, MA   02110__

Vertex Rail Technologies, LLC
c/o Paul W. Carey, Esq.
Mirick, O'Connell, DeMallie, & Lougee, LLP
100 Front Street
Worcester, MA  01608-1477

Vertex Railcar Corporation
c/o Brett Goodman, Esq.
Troutman Sanders, LLP
875 Third Avenue
New York, NY  10022

Donald G. Croteau
202 Raleigh Street
Wilmington, NC  28412